IN THE COURT OF APPEALS OF THE STATE OF IDAHO
Docket No. 40189

| STATE OF IDAHO, | ) | 2013 Unpublished Opinion No. 484 |
|---|---|---|
| | ) | |
| Plaintiff-Respondent, | ) | Filed: May 6, 2013 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| RICKY PETREE, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Renae J. Hoff, District Judge.

Order denying Idaho Criminal Rule 35 motion for reduction of sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Ben Patrick McGreevy, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and GRATTON, Judge

_____

PER CURIAM

Ricky Petree pled guilty to attempted strangulation. Idaho Code § 18-923. The district court sentenced Petree to a unified term of fifteen years, with ten years determinate, but retained jurisdiction. After a period of retained jurisdiction, the district court relinquished its jurisdiction. Petree filed an Idaho Criminal Rule 35 motion for reconsideration of his sentence and relinquishment of jurisdiction, which the district court denied. Petree appeals.

A motion for reduction of sentence under Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of

1

new or additional information subsequently provided to the district court in support of the motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). An appeal from the denial of a Rule 35 motion cannot be used as a vehicle to review the underlying sentence absent the presentation of new information. *Id.* Because no new or additional information in support of Petree's Rule 35 motion was presented, the district court did not abuse its discretion. For the foregoing reasons, the district court's order denying Petree's Rule 35 motion is affirmed.